GEORGE CELO v. THE STATE.

No. 3622. Decided June 16, 1915.

Rehearing denied October 13, 1915.

**Carrying Pistol—Statement of Facts.**

Where the alleged statement of facts was filed eighty-one days after adjournment of the County Court, the same must be stricken out on motion of the State.

Appeal from the County Court of Harris. Tried below before the Hon. C. C. Wren.

Appeal from a conviction of unlawfully carrying a pistol; penalty, a fine of $100.

The opinion states the case.

*Arthur D. Austin,* for appellant.

*C. C. McDonald,* Assistant Attorney General, for the State.

HARPER, JUDGE.—Appellant was convicted of unlawfully carrying a pistol, and prosecutes this appeal.

The term of court at which he was tried adjourned October 31, 1914. No bills of exception are in the record, and the statement of facts shows to not have been approved nor filed until January 20, 1915, eighty-one days after court adjourned. This being a misdemeanor the State's motion to strike out the statement of facts is sustained.

The judgment is affirmed.

*Affirmed*

[Rehearing denied October 13, 1915.—Reporter.]